ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

### YOON JA KIM, Plaintiff–Appellant,

v.

### THE EARTHGRAINS COMPANY (now known as Sara Lee Bakery Group, Inc.), Defendant–Cross Appellant.

Nos. 2011–1242, 2011–1266.

United States Court of Appeals, Federal Circuit.

July 25, 2011.

Craig C. Martin, Jenner & Block LLP, Chicago, IL, for Defendant–Cross Appellant.

Yoon Ja Kim, Park Ridge, IL, pro se.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).